Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
95 S. Market Street, Suite 300
San Jose, California 95113
(650) 319-5554 telephone
(415)-874-7082 facsimile
whelanlaw@sbcglobal.net

Attorney for Defendant JONATHAN PEREZ

**Filed**
JUN 11 2010
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA | Case No. CR-10-00301-DLJ |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND TRAVEL ORDER |
| JONATHAN PEREZ, | |
| Defendant. | |

The above-captioned parties, by and through their attorneys, stipulate as follows:

The defendant JONATHAN PEREZ shall be and hereby is allowed to travel outside the Northern District of California (NDCA) to La Grange, California in Stanislaus County for a family camping trip leaving at 10 a.m. on Friday, June, 11, 2010 and returning Sunday, June 13, 2010 before 7 p.m., traveling by automobile for a camping trip at Lake Don Pedro 31 Bonds Flat Road, La Grange, CA 95329 209.852.2386 in Stanislaus County California. Pretrial Services Officer Anthony Granados has approved the terms and conditions of this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: June 7, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

ALLISON MARSTON DANNER
Assistant United States Attorney

Dated: June 7, 2010

WM. MICHAEL WHELAN, JR.
Attorney for defendant Jonathan Perez

## ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant JONATHAN PEREZ shall be and hereby is allowed to travel outside the Northern District of California (NDCA) to La Grange, California in Stanislaus County for a family camping trip leaving at 10 a.m. on Friday, June, 11, 2010 and returning Sunday, June 13, 2010 before 7 p.m., traveling by automobile to Lake Don Pedro 31 Bonds Flat Road, La Grange, CA 95329 209.852.2386 in Stanislaus County California.

IT IS SO ORDERED.

DATED: 6/11/10

THE HONORABLE PATRICIA V. TRUMBULL
U.S. DISTRICT COURT MAGISTRATE JUDGE