Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
95 S. Market Street, Suite 300
San Jose, California  95113
(650) 319-5554 telephone
(415)-874-7082 facsimile
whelanlaw@sbcglobal.net

Attorney for Defendant JONATHAN PEREZ

*IT IS SO ORDERED*
*Paul S. Grewal*
*Judge Paul S. Grewal*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN PEREZ,<br><br>    Defendant. | Case No. CR-10-00301-DLJ<br><br>STIPULATION AND TRAVEL ORDER |

The above-captioned parties, by and through their attorneys, stipulate as follows:

The defendant JONATHAN PEREZ shall be and hereby is allowed to travel outside the Northern District of California (NDCA) to La Grange, California in Stanislaus County for a family camping trip leaving at May 20, 2011 and returning May 22, 2011, traveling by automobile for a camping trip at Lake Don Pedro, 81 Bonds Flat Road, La Grange, CA 95329, 209.852.2386, in Stanislaus County California.  Pretrial Services Officer Anthony Granados has approved the terms and conditions of this stipulation and proposed order.

-1-

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 11, 2011                         /S/
                                            ALLISON MARSTON DANNER
                                            Assistant United States Attorney

Dated: May 11, 2011                         /S/
                                            WM. MICHAEL WHELAN, JR.
                                            Attorney for defendant Jonathan Perez

### ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant JONATHAN PEREZ shall be and hereby is allowed to travel outside the Northern District of California (NDCA) to La Grange, California in Stanislaus County for a family camping trip leaving at May 20, 2011 and returning May 22, 2011, traveling by automobile to Lake Don Pedro 81 Bonds Flat Road, La Grange, CA 95329 in Stanislaus County California.

IT IS SO ORDERED.

DATED: 5/19/2011

_____
THE HONORABLE PAUL S. GREWAL
U.S. DISTRICT COURT MAGISTRATE JUDGE

WM. MICHAEL WHELAN, JR.
ATTORNEY AT LAW
255 N. MARKET STREET, SUITE 100
SAN JOSE, CALIFORNIA 95110
(650) 319-5554